**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 4:25-CV-00683 HEA |
| | ) | |
| HOUSING AUTHORITY OF THE | ) | |
| CITY OF LOS ANGELES, | ) | |
| | ) | |
| Defendant. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is plaintiff Cedric Greene's post-dismissal "Motion to Set Aside and Transfer Districts." [ECF No. 18]. Plaintiff's action was dismissed by the Court on May 13, 2025, for lack of proper venue and lack of jurisdiction. [ECF Nos. 3 and 4].

Greene appealed the dismissal to the Eighth Circuit Court of Appeals who summarily affirmed the dismissal on July 9, 2025. *See Greene, Jr., et al. v. Housing Authority, City of Los Angeles,* No. 25-2092 (8th Cir. 2025). Subsequently, the Eastern District of Missouri imposed a pre-filing injunction on Greene due to his abuse of judicial resources in this District. *See In re Cedric Greene*, No. 4:25-MC-00784 SRC (E.D.Mo. 2025).[1]

---

[1]The Eastern District of Missouri has adopted the following filing restrictions, which apply when Greene is self-represented and seeking leave to proceed in forma pauperis, regardless of whether he is proceeding by himself or with another party or parties:

> 1. Greene must obtain leave of Court before initiating any new action. To obtain leave of Court, Greene must file a motion for leave to file a new action, along with a proposed complaint or petition and a proposed application to proceed in district court without prepaying fees or costs. If Greene fails to include these documents, the Court will deny the motion without consideration.

> 2. The Clerk of Court will not accept any document from Greene that purports to initiate a new action unless it is accompanied by a court order granting Greene leave to file it.

The Court declines to reopen this closed matter and will instruct the Clerk to return plaintiff's filings to him. Plaintiff will not be allowed to file in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's post-dismissal "Motion to Set Aside and Transfer Districts" [ECF No. 18] is **DENIED**.

**IT IS FURTHER ORDERED** that an appeal of this matter would not be taken in good faith.

**IT IS FURTHER ORDERED** that the Clerk shall return plaintiff's filings to him, and plaintiff will no longer be allowed to file in this closed action. Any additional filings by plaintiff shall also be returned to him by the Clerk.

Dated this 21st day of August, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE

---

3. Greene may file a motion for leave to file a new action once per month. If Greene files more than one such motion per month, the Clerk of Court will reject it and return it to him unfiled.